UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMARIO MITCHELL,

    Plaintiff,

v.

SARA SCHROEDER, et al.,

    Defendants.

_____/

Case No. 2:21-cv-109

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed four similar motions seeking transfer to another facility (ECF Nos. 33, 35, 37, & 39).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 48) on February 3, 2023, recommending that this Court deny Plaintiff's motions.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions (ECF No. 33, 35, 37, & 39) are DENIED.

Dated:  March 7, 2023

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge